UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-11428-AH-Ex | Date | July 29, 2026 |
| Title | *Junluo Wang v. Kristi Noem et al.* | | |

Present: The Honorable Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

The Court is in receipt of Defendants' notice of mootness, which indicates that Plaintiff has received the relief requested in the Complaint and has not responded to Defendants' efforts to discuss a joint stipulation to dismiss. Dkt. No. 31. Accordingly, the Court orders Plaintiff to show cause, in writing, why this case should not be dismissed within fourteen (14) days of the date of this Order. Failure to timely respond will result in dismissal of this case without further notice.

**IT IS SO ORDERED.**